IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CAMACCI

v                                         CIVIL. ACTION: C-1-02-21

MASTEC                                    JUDGE WEBER

*************************************************************

I hereby acknowledge receipt of the Depositions in the above styled case.

11-**-03
Date

_____
J. Teeters, Defts atty